UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES L. COLE,<br><br>            Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, STATE OF NEVADA, LVMPD OFFICE A. LEIJA (badge #2020), LARRY WOOLEN (NV DHHS), 7 DOES 1-3, in their individual capacities,<br><br>            Defendants. | Case No.: 2:11-cv-00415-RLH-PAL<br><br>**O R D E R** |

It has come to the Court's attention that Defendants State of Nevada and Larry Woolen filed a motion to dismiss in state court on March 24, 2011, a few days after the case was removed to this Court on March 18. Accordingly, the Court directs the Defendants to re-file their motion in this Court if they wish the Court to consider the motion.

Dated: June 22, 2011.

_____
**ROGER L. HUNT**
**United States District Judge**

AO 72
(Rev. 8/82)

1